**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-7640**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

      versus

MARCUS TYRONE WILLIAMSON,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-00-288, CA-02-81-1)

───────────────

Submitted:  February 6, 2003        Decided:  February 12, 2003

───────────────

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Marcus Tyrone Williamson, Appellant Pro Se.  Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marcus Tyrone Williamson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Williamson's motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the magistrate judge and the district court that Williamson has not made a substantial showing of the denial of a constitutional right. See United States v. Williamson, Nos. CR-00-288-1; CA-02-81-1 (M.D.N.C. Sept. 26, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED